

U.S.

v.

## Brandon G. DARNALL

### No. 16-0729/NA

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA 201500010

## DAILY JOURNAL

Petitions for Reconsideration Denied

Appellant's petition for reconsideration of the Court's decision, 76 M.J. 326 (C.A.A.F. 2017), is denied.

U.S.

v.

## Alexander S. WHEELER

### No. 17-0456/AF

U.S. Court of Appeals for
the Armed Forces.

August 16, 2017

CCA 38908

## DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE LOWER COURT ERRONEOUSLY CONCLUDED CHARGE

II WAS NOT PREEMPTED BY ARTICLE 120b, UCMJ, 10 U.S.C. § 920.

Briefs will be filed under Rule 25.

U.S.

v.

## Clarence ANDERSON III

### No. 17-0429/AF

U.S. Court of Appeals for
the Armed Forces.

August 16, 2017

CCA 39023

## DAILY JOURNAL

Interlocutory Orders

Appellant's motion to disclose pleadings containing sealed material pursuant to R.C.M. 1103A is denied.

U.S.

v.

## Montrell L. MAYO

### No. 17-0550/AR

U.S. Court of Appeals for
the Armed Forces.

August 16, 2017

CCA 20140901

## DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 5, 2017.